**Jeffrey TILLMAN, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Trevor Wingard, John Wetzel, Appellees**

**Jeffrey Tillman, Appellant**

v.

**Pennsylvania Department of Corrections, Appellee**

**No. 91 MAP 2016**
**No. 92 MAP 2016**

Supreme Court of Pennsylvania.

August 22, 2017

---

## ORDER

PER CURIAM

**AND NOW**, this 22ⁿᵈ day of August, 2017, the orders of the Commonwealth Court are **AFFIRMED**.